**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISON**

Case No. 8:18-bk-10376-CPM

Mary E. Wildgoose

Debtor(s)

_____/

**TRUSTEE'S NOTICE OF DEFAULT IN PLAN PAYMENTS**

   Comes now JON M. WAAGE, the Chapter 13 Standing Trustee, hereby files this Notice of Default in Plan Payments, pursuant to the Order Reserving Ruling on Trustee's Motion to Dismiss for Failure to Make Plan Payments (Doc #37).

1. As of August 6, 2021**,** the Debtor(s) are delinquent in payments to the Chapter 13 Trustee in the total amount of $1308.00, which sum is through and including the July payment.

2. The Debtor shall cure all delinquencies and bring all payments current within fourteen (14) days of the date of this Notice.

3. If the Debtor(s) fail to cure all delinquencies, the Trustee may, without further notice to the Debtor(s), submit an Order dismissing the above-styled Chapter 13 case.

   I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Notice of Default in Plan Payments was furnished, electronically or by U.S. Mail, to **Mary Wildgoose, 8032 111th Ter. E., Parrish, FL. 34219 and to, Christopher Mat Hittel, Esq., 333 6th Ave. W., Bradenton, FL. 34205** on August 6, 2021.

/s/ Jon M. Waage
Jon M. Waage, Trustee
Post Office Box 25001
Bradenton, Florida 34206-5001
Phone (941) 747-4644
Fax (941) 750-9266

JMW/kja